**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01622-CV

**KAREN HOUSTON AND HOUSTON NORTH SHORE PENINSULA, LTD, Appellants**

**V.**

**JERRY KIRCHMAN & ASSOCIATES, AND CARL STRUBE, Appellees**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 81,238**

## ORDER

The clerk's record in this case was filed on January 29, 2015 and shows this is an appeal from a summary judgment. After a second request for payment of the filing fee in this case, appellant paid the filing fee on May 4, 2015. Appellant has not filed a docketing statement, and there is no request for a reporter's record contained in the clerk's record. To prevent any further delay in this appeal, on the Court's own motion, we **ORDER** the appeal submitted without a reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE